TOMIO B. NARITA (SBN 156576)
JEFFREY A. TOPOR (SBN 195545)
ROBIN M. BOWEN (SBN 230309)
SIMMONDS & NARITA LLP
44 Montgomery Street, Suite 3010
San Francisco, CA 94104-4816
Telephone: (415) 283-1000
Facsimile:  (415) 352-2625
tnarita@snllp.com
jtopor@snllp.com
rbowen@snllp.com

Attorneys for defendant
Asset Acceptance, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH CONTRERAS, an individual,<br><br>  Plaintiff,<br><br>  vs.<br><br>HSBC CONSUMER LENDING USA, dba BENEFICIAL; ASSET ACCEPTANCE, LLC; DOES 1 THROUGH 10,<br><br>  Defendants. | CASE NO.: CV 08 2849<br><br>**NOTICE OF PENDENCY OF OTHER ACTION OR PROCEEDING** |

1  TO THE CLERK OF THE ABOVE-ENTITLED COURT:

2      Pursuant to Local Rule 3-13, defendant Asset Acceptance, LLC hereby

3  states that it is aware of no previously-filed or currently-pending action related to

4  this action, within the meaning of Local Rule 3-13(a-d).

6  DATED: June 6, 2008                SIMMONDS & NARITA LLP
                                       TOMIO B. NARITA
7                                        JEFFREY A. TOPOR
                                       ROBIN M. BOWEN

10                                     By: _____
                                         Jeffrey A. Topor
11                                        Attorneys for defendant
                                       Asset Acceptance, LLC