1  TOMIO B. NARITA (SBN 156576)
   JEFFREY A. TOPOR (SBN 195545)
2  ROBIN M. BOWEN (SBN 230309)
   SIMMONDS & NARITA LLP
3  44 Montgomery Street, Suite 3010
   San Francisco, CA 94104-4816
4  Telephone: (415) 283-1000
   Facsimile:  (415) 352-2625
5  tnarita@snllp.com
   jtopor@snllp.com
6  rbowen@snllp.com

7  Attorneys for defendant
   Asset Acceptance, LLC
8

9
                UNITED STATES DISTRICT COURT
10
                NORTHERN DISTRICT OF CALIFORNIA
11

12

13 ELIZABETH CONTRERAS, an        ) CASE NO. 08 2849
   individual,                    )
14                                )
       Plaintiff,                 ) **DEFENDANT ASSET ACCEPTANCE,**
15                                ) **LLC'S CERTIFICATION OF**
       vs.                        ) **INTERESTED ENTITIES OR**
16                                ) **PERSONS**
   HSBC CONSUMER LENDING          )
17 USA, dba BENEFICIAL;           )
   ASSET ACCEPTANCE, LLC;         )
18 DOES 1 THROUGH 10,             )
                                  )
19     Defendants.                )
                                  )
20 _____)

21

22

23

24

25

26

27

28
   CONTRERAS V. HSBC CONSUMER LENDING USA ET AL.
   DEFENDANT ASSET ACCEPTANCE LLC'S CERTIFICATION OF
   INTERESTED ENTITIES OR PERSONS

Pursuant to Federal Rule of Civil Procedure 7.1 and Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

1. Asset Acceptance Capital Corporation, a publicly-traded Delaware corporation that trades on NASDAQ as "AACC."
2. Defendant Asset Acceptance LLC, a Delaware limited liability company, an indirect, wholly-owned subsidiary of Asset Acceptance Capital Corporation.

DATED: June 6, 2008

SIMMONDS & NARITA LLP
TOMIO B. NARITA
JEFFREY A. TOPOR
ROBIN M. BOWEN

By: _____
Jeffrey A. Topor
Attorneys for defendant
Asset Acceptance, LLC