1  TOMIO B. NARITA (SBN 156576)
   JEFFREY A. TOPOR (SBN 195545)
2  ROBIN M. BOWEN (SBN 230309)
   SIMMONDS & NARITA LLP
3  44 Montgomery Street, Suite 3010
   San Francisco, CA 94104-4816
4  Telephone: (415) 283-1000
   Facsimile:  (415) 352-2625
5  tnarita@snllp.com
   jtopor@snllp.com
6  rbowen@snllp.com

7  Attorneys for defendant
   Asset Acceptance, LLC

8

9

10                UNITED STATES DISTRICT COURT

11                NORTHERN DISTRICT OF CALIFORNIA

12

13  ELIZABETH CONTRERAS, an      )  CASE NO.: C08 2849 EMC
    individual,                  )
14                               )
              Plaintiff,         )
15                               )  **DEFENDANT HSBC CONSUMER**
         vs.                     )  **LENDING USA'S CONSENT TO**
16                               )  **REMOVAL**
    HSBC CONSUMER LENDING USA,   )
17  dba BENEFICIAL;              )
    ASSET ACCEPTANCE, LLC;       )
18  DOES 1 THROUGH 10,           )
                                 )
19            Defendants.        )
                                 )
20  ─────────────────────────────

*ORIGINAL FILED 08 JUN 10 AM 9: 17 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA*

*BY FAX*

---

CONTRERAS V. HSBC CONSUMER LENDING USA ET AL.
DEFENDANT HSBC CONSUMER LENDING USA'S CONSENT TO REMOVAL


TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD, PLEASE TAKE NOTICE THAT:

WHEREAS, on April 24, 2008, a complaint was filed against HSBC Consumer Lending USA, dba Beneficial and Asset Acceptance, LLC ("Defendants") by plaintiff Elizabeth Contreras in the action pending in the Superior Court of the State of California in and for the County of San Francisco, entitled *Elizabeth Contreras v. HSBC Consumer Lending, dba Beneficial et al.*, Case No. CGC 08 474587; and

WHEREAS, this action is a civil action of which this Court has original jurisdiction under 28 U.S.C. § 1331 and which may be removed to this Court by Defendants pursuant to the provisions of 28 U.S.C. § 1441(b) in that the Complaint asserts claims against Defendants allegedly arising under federal law, specifically, the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, *et seq.*; and,

WHEREAS, defendant Asset Acceptance, LLC seeks to remove this action to this Court;

THEREFORE, defendant HSBC Consumer Lending USA dba Beneficial hereby consents to the removal of this action.

DATED: June 5, 2008

SONNENSCHEIN NATH & ROSENTHAL LLP
MANUEL ALVAREZ, JR.

By: _____
Manuel Alvarez, Jr.
Attorneys for Defendant
HSBC Consumer Lending USA
dba Beneficial