```
 1  TOMIO B. NARITA (SBN 156576)
    JEFFREY A. TOPOR (SBN 195545)
 2  ROBIN M. BOWEN (SBN 230309)
    SIMMONDS & NARITA LLP
 3  44 Montgomery Street, Suite 3010
    San Francisco, CA 94104-4816
 4  Telephone: (415) 283-1000
    Facsimile:  (415) 352-2625
 5  tnarita@snllp.com
    jtopor@snllp.com
 6  rbowen@snllp.com

 7  Attorneys for defendant
    Asset Acceptance, LLC
 8
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH CONTRERAS, an individual, | CASE NO.: C 08-02849 EMC |
| Plaintiff, | **PROOF OF SERVICE** |
| vs. | |
| HSBC CONSUMER LENDING USA, dba BENEFICIAL; ASSET ACCEPTANCE, LLC; DOES 1 THROUGH 10, | |
| Defendants. | |

CONTRERAS V. HSBC CONSUMER LENDING USA ET AL. (CASE NO. C 08-02849 EMC)
PROOF OF SERVICE

|     |                                   |
| --- | --------------------------------- |
| 1   | **PROOF OF SERVICE**              |

I, the undersigned, declare:

I am employed in the City and County of San Francisco, California. I am over the age of eighteen years and not a party to this action. My business address is 44 Montgomery Street, Suite 3010, San Francisco, California 94104-4816.

I am readily familiar with the business practices of my employer, Simmonds & Narita LLP, for the collection and processing of correspondence by mail with the United States Postal Service and that said correspondence is deposited with the United States Postal Service that same day in the ordinary course of business.

On this date, I served a copy of the following documents:

1) **NOTICE OF REMOVAL**

2) **DEFENDANT HSBC CONSUMER LENDING USA'S CONSENT TO REMOVAL**

3) **DEFENDANT'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

4) **NOTICE OF PENDENCY OF OTHER ACTION OR PROCEEDING**

5) **CIVIL COVER SHEET**

6) **NOTICE TO ADVERSE PARTY OF REMOVAL**

7) **CERTIFICATE OF SERVICE OF NOTICE TO ADVERSE PARTY OF NOTICE OF REMOVAL**

8) **NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE**

9) **TEMPLATES: CONSENT/DECLINATION TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

10) **WELCOME TO THE UNITED STATES DISTRICT COURT, SAN FRANCISCO**

11) **ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES**

12) **STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA RE CONTENTS OF JOINT CASE MANAGEMENT STATEMENT**

13) **STANDING ORDER FOR CIVIL PRACTICE IN CASES ASSIGNED FOR ALL PURPOSES TO MAGISTRATE JUDGE EDWARD M. CHEN**

14)    UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA ECF REGISTRATION INFORMATION HANDOUT

15)    ADR DISPUTE RESOLUTION PROCEDURES IN THE NORTHERN DISTRICT OF CALIFORNIA

by causing such documents to be placed in a sealed envelope for collection and delivery by the United States Postal Service to the addressees indicated below:

**VIA U.S. MAIL**

Irving L. Berg
The Berg Law Group
145 Town Center, PMB 493
Corte Madera, CA 94925
Counsel for Plaintiff

Manuel Alvarez, Jr.
Sonnenschein Nath & Rosenthal LLP
525 Market Street, 26th Floor
San Francisco, CA 94105
Counsel for defendant HSBC Consumer Lending USA

    I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed at San Francisco, California on this 10th day of June, 2008.

_____
Stephanie Schmitt