CHRISTOPHER E. PRINCE (State Bar No. 183553)
SONNENSCHEIN NATH & ROSENTHAL LLP
601 South Figueroa, Suite 1500
Los Angeles, California 90017-5704
Telephone:   (213) 623-9300
Facsimile:    (213) 623-9924
cprince@sonnenschein.com

MANUEL ALVAREZ JR. (State Bar No. 253874)
SONNENSCHEIN NATH & ROSENTHAL LLP
525 Market Street, 26th Floor
San Francisco, CA 94133
Telephone:   (415) 882-5000
Facsimile:    (415) 882-0300
malvarez@sonnenschein.com

Attorneys for Defendant
HSBC CONSUMER LENDING USA

TOMIO B. NARITA (State Bar No. 156576)
JEFFREY A. TOPOR (State Bar No. 195545)
ROBIN M. BOWEN (State Bar No. 230309)
SIMMONDS & NARITA LLP
44 Montgomery Street, Suite 3010
San Francisco, CA 94104-4816
Telephone:   (415) 283-1000
Facsimile:    (415) 352-2625
jtopor@snllp.com

Attorneys for Defendant
ASSET ACCEPTANCE, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH CONTRERAS, an individual,<br><br>    Plaintiff,<br><br>  vs.<br><br>HSBC CONSUMER LENDING USA, dba BENEFICIAL; ASSET ACCEPTANCE LLC; DOES 1 THROUGH 10,<br><br>    Defendants. | No. 08-2849 EMC<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS**<br><br>Date:     July 30, 2008<br>Time:    10:30 a.m.<br>Crtrm:   C, 15th Floor<br><br>The Honorable Edward M. Chen |

The Motion to Dismiss filed by Defendants HSBC Consumer Lending USA, dba Beneficial ("HSBC"), and Asset Acceptance LLC ("Asset Acceptance"), having been fully considered,

IT IS HEREBY ORDERED THAT:

Defendants' Motion to Dismiss is GRANTED, and Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED.

Dated:_____

_____
The Honorable Edward M. Chen
United States District Court Judge

27300907\V-1