1  CHRISTOPHER E. PRINCE (State Bar No. 183553)
   SONNENSCHEIN NATH & ROSENTHAL LLP
2  601 South Figueroa, Suite 1500
   Los Angeles, California 90017-5704
3  Telephone:     (213) 623-9300
   Facsimile:     (213) 623-9924
4  cprince@sonnenschein.com

5  MANUEL ALVAREZ JR. (State Bar No. 253874)
   SONNENSCHEIN NATH & ROSENTHAL LLP
6  525 Market Street, 26th Floor
   San Francisco, CA 94133
7  Telephone:     (415) 882-5000
   Facsimile:     (415) 882-0300
8  malvarez@sonnenschein.com

9  Attorneys for Defendant
   HSBC CONSUMER LENDING USA
10
11 TOMIO B. NARITA (State Bar No. 156576)
   JEFFREY A. TOPOR (State Bar No. 195545)
   ROBIN M. BOWEN (State Bar No. 230309)
12 SIMMONDS & NARITA LLP
   44 Montgomery Street, Suite 3010
13 San Francisco, CA 94104-4816
14 Telephone:     (415) 283-1000
   Facsimile:     (415) 352-2625
15 jtopor@snllp.com

16
   Attorneys for Defendant
17 ASSET ACCEPTANCE, LLC

18
                    UNITED STATES DISTRICT COURT
19
                   NORTHERN DISTRICT OF CALIFORNIA
20

21 ELIZABETH CONTRERAS, an individual,          No. CV 08-02849 SBA

22            Plaintiff,                         **AMENDED NOTICE OF MOTION AND
                                                 MOTION TO DISMISS**
23       vs.

24 HSBC CONSUMER LENDING USA, dba               Date:      August 5, 2008
   BENEFICIAL; ASSET ACCEPTANCE LLC;            Time:      1:00 p.m.
25 DOES 1 THROUGH 10,                           Courtroom: 3, 3rd Floor

26            Defendants.

27

28

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT, on August 5, 2008, commencing at 1:00 p.m. or as soon thereafter as the matter may be heard in Courtroom 3 of the United States District Court for the Northern District of California, Oakland Division, located at 1301 Clay Street, 3rd Floor, Oakland, California, 94612, the Honorable Saundra B. Armstrong presiding, Defendants HSBC Consumer Lending USA, dba Beneficial ("HSBC"), and Asset Acceptance LLC ("Asset Acceptance"), will and hereby do move this Court for an Order dismissing Plaintiff's complaint pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.

This motion is made on the grounds that Plaintiff Elizabeth Contreras ("Plaintiff") lacks standing to sue on the claims she pursues in this litigation because the claims are property of her bankruptcy estate. According to Plaintiff's Complaint, Plaintiff's causes of action accrued on or about December 5, 2007, prior to her June 1, 2008 petition under Chapter 7 of the United States Bankruptcy Code. As a matter of law Plaintiff's claim is property of her bankruptcy estate, to be administered solely by the Trustee of that estate.

Dated:  June 19, 2008

SONNENSCHEIN NATH & ROSENTHAL
CHRISTOPHER E. PRINCE
MANUEL ALVAREZ JR.


By:  /s/ Manuel Alvarez Jr.
    Manuel Alvarez Jr.
    Attorneys for Defendant
    HSBC CONSUMER LENDING USA

1

Dated:  June 19, 2008

SIMMONDS & NARITA LLP
TOMIO B. NARITA

2

JEFFREY A. TOPOR
ROBIN M. BOWEN

3

4

5

By: __/s/ Jeffrey A. Topor_____

6

Jeffrey A. Topor
Attorneys for Defendant

7

ASSET ACCEPTANCE, LLC

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28