CHRISTOPHER E. PRINCE (State Bar No. 183553)
SONNENSCHEIN NATH & ROSENTHAL LLP
601 South Figueroa, Suite 1500
Los Angeles, California 90017-5704
Telephone:     (213) 623-9300
Facsimile:      (213) 623-9924
cprince@sonnenschein.com

MANUEL ALVAREZ JR. (State Bar No. 253874)
SONNENSCHEIN NATH & ROSENTHAL LLP
525 Market Street, 26th Floor
San Francisco, CA 94133
Telephone:     (415) 882-5000
Facsimile:      (415) 882-0300
malvarez@sonnenschein.com

Attorneys for Defendant
HSBC CONSUMER LENDING USA

TOMIO B. NARITA (State Bar No. 156576)
JEFFREY A. TOPOR (State Bar No. 195545)
ROBIN M. BOWEN (State Bar No. 230309)
SIMMONDS & NARITA LLP
44 Montgomery Street, Suite 3010
San Francisco, CA 94104-4816
Telephone:     (415) 283-1000
Facsimile:      (415) 352-2625
jtopor@snllp.com

Attorneys for Defendant
ASSET ACCEPTANCE, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH CONTRERAS, an individual, | No. 08-2849 SBA |
| Plaintiff, | **AMENDED NOTICE OF MOTION AND MOTION TO DISMISS** |
| vs. | |
| HSBC CONSUMER LENDING USA, dba BENEFICIAL; ASSET ACCEPTANCE LLC; DOES 1 THROUGH 10, | Date:          September 9, 2008<br>Time:          1:00 p.m.<br>Crtrm:        3, 3rd Floor |
| Defendants. | The Honorable Saundra Brown Armstrong |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT, on September 9, 2008, commencing at 1:00 p.m. or as soon thereafter as the matter may be heard, in Courtroom 3 of the United States District Court for the Northern District of California, Oakland Division located at 1301 Clay Street, 3rd Floor, Oakland, California, 94612, the Honorable Saundra Brown Armstrong presiding, Defendants HSBC Consumer Lending USA, dba Beneficial ("HSBC"), and Asset Acceptance LLC ("Asset Acceptance"), will and hereby do move this Court for an Order dismissing Plaintiff's Complaint pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.

This motion is made on the grounds that Plaintiff Elizabeth Contreras lacks standing to sue on the claims she pursues in this litigation because the claims are property of her bankruptcy estate. According to Plaintiff's Complaint, Plaintiff's causes of action accrued on or about December 5, 2007, prior to her June 1, 2008 petition under Chapter 7 of the United States Bankruptcy Code. As a matter of law Plaintiff's claim is property of her bankruptcy estate, to be administered solely by the Trustee of that estate.

Dated: July 3, 2008

SONNENSCHEIN NATH & ROSENTHAL
CHRISTOPHER E. PRINCE
MANUEL ALVAREZ JR.


By: __/s/ Manuel Alvarez Jr._____
     Manuel Alvarez Jr.
     Attorneys for Defendant
     HSBC CONSUMER LENDING USA

1  Dated:  July 3, 2008                    SIMMONDS & NARITA LLP
2                                          TOMIO B. NARITA
                                           JEFFREY A. TOPOR
3                                          ROBIN M. BOWEN
4
5                                          By: __/s/ Jeffrey A. Topor_____
6                                              Jeffrey A. Topor
                                               Attorneys for Defendant
7                                              ASSET ACCEPTANCE, LLC
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

AMENDED NOTICE OF MOTION AND MOTION TO DISMISS