Irving L. Berg (SBN 36273)
THE BERG LAW GROUP
145 Town Center, PMB 493
Corte Madera, California 94925
(415) 924-0742
(415) 891-8208 (Fax)
irvberg@comcast.net (e-mail)

ATTORNEY FOR PLAINTIFF

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH CONTRERAS, an individual, | Case No.: 3:08-CV-02849 SBA |
| Plaintiff, | **REPLY TO DEFENDANTS' 12(b)(6) MOTION** |
| v. | |
| HSBC CONSUMER LENDING USA, dba BENEFICIAL; ASSET ACCEPTANCE LLC; DOES 1 THROUGH 10, | **Date:** September 9, 2008<br>**Time:** 1:00 P.M.<br>**Place:** Courtroom 3, 3rd Floor, Oakland Court |
| Defendants.            / | |

  Plaintiff has brought suit against Defendants alleging violations of Federal and State law regulating debt collectors.  Since filing her lawsuit, Plaintiff filed Chapter 7 bankruptcy and in her petition exempted her claim against Defendants.

  Defendants have filed a 12(b)(6) motion seeking to dismiss the lawsuit on the ground that Plaintiff lacks standing and that the suit can only be prosecuted by the Chapter 7 trustee.

  The Bankruptcy Court on August 18, 2008 approved the claimed exemption setting aside the property from the bankruptcy estate (BLR 4003-1(a).  Attached is a copy of the Court's Order, <u>Exhibit A</u>. The trustee no longer has an interest in the property and the property belongs to Plaintiff who now seeks to vindicate her claim before this Honorable Court.

  WHEREFORE, Plaintiff prays that Defendants' motion be denied and a Scheduling Order issued from the Court.

Dated: <u>August 19, 2008</u>   ___/s_____
              Irving L. Berg

**EXHIBIT A**

Entered on Docket
August 19, 2008
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



Signed and Filed: August 18, 2008

_____
THOMAS E. CARLSON
U.S. Bankruptcy Judge

1  Irving L. Berg ( State Bar No. 36273)
   THE BERG LAW GROUP
2  433 Town Center, PMB 493
   Corte Madera, CA 94925
3  (415) 924-0742
   (415) 891-8208 (Fax)
4  Attorney for Debtor

UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

In re:                                    Case No.: 08-30954 TEC 7

                                          Chapter 7

ELIZABETH CONTRERAS,                      **ORDER APPROVING CLAIMED**
                                          **EXEMPTIONS**

                Debtor.
_____/

The Court has considered the Debtor's Motion to approve claimed exemptions.
Electronic service has been made on the U.S. Trustee and Panel Trustee.
GOOD CAUSE APPEARING, the Motion is granted and the exemptions claimed by Debtor are approved as claimed.

** END OF ORDER**