# EXHIBIT A

Case 4:08-cv-02849-SBA    Document 21    Filed 08/19/2008    Page 1 of 2

Entered on Docket
August 19, 2008
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



Signed and Filed: August 18, 2008

_____
THOMAS E. CARLSON
U.S. Bankruptcy Judge

1  Irving L. Berg (State Bar No. 36273)
   THE BERG LAW GROUP
2  433 Town Center, PMB 493
   Corte Madera, CA 94925
3  (415) 924-0742
   (415) 891-8208 (Fax)
4  Attorney for Debtor

UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

In re:                              Case No.: 08-30954 TEC 7

                                    Chapter 7

ELIZABETH CONTRERAS,                **ORDER APPROVING CLAIMED**
                                    **EXEMPTIONS**

            Debtor.
_____/

The Court has considered the Debtor's Motion to approve claimed exemptions. Electronic service has been made on the U.S. Trustee and Panel Trustee.

GOOD CAUSE APPEARING, the Motion is granted and the exemptions claimed by Debtor are approved as claimed.

** END OF ORDER**