CHRISTOPHER E. PRINCE (State Bar No. 183553)
SONNENSCHEIN NATH & ROSENTHAL LLP
601 South Figueroa, Suite 1500
Los Angeles, California 90017-5704
Telephone: (213) 623-9300
Facsimile: (213) 623-9924
cprince@sonnenschein.com

MANUEL ALVAREZ JR. (State Bar No. 253874)
SONNENSCHEIN NATH & ROSENTHAL LLP
525 Market Street, 26th Floor
San Francisco, CA 94133
Telephone: (415) 882-5000
Facsimile: (415) 882-0300
malvarez@sonnenschein.com

Attorneys for Defendant
HSBC CONSUMER LENDING USA

TOMIO B. NARITA (State Bar No. 156576)
JEFFREY A. TOPOR (State Bar No. 195545)
ROBIN M. BOWEN (State Bar No. 230309)
SIMMONDS & NARITA LLP
44 Montgomery Street, Suite 3010
San Francisco, CA 94104-4816
Telephone: (415) 283-1000
Facsimile: (415) 352-2625
jtopor@snllp.com

Attorneys for Defendant
ASSET ACCEPTANCE, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH CONTRERAS, an individual,<br><br>  Plaintiff,<br><br>  vs.<br><br>HSBC CONSUMER LENDING USA, dba BENEFICIAL; ASSET ACCEPTANCE LLC; DOES 1 THROUGH 10,<br><br>  Defendants. | No. 08-2849 SBA<br><br>**NOTICE OF WITHDRAWAL OF MOTION TO DISMISS**<br><br>Date: September 9, 2008<br>Time: 1:00 p.m.<br>Crtrm: 3, 3rd Floor<br><br>The Honorable Saundra Brown Armstrong |

Pursuant to Local Rule 7-7(e), Defendants HSBC CONSUMER LENDING USA and ASSET ACCEPTANCE, LLC hereby withdraw their MOTION TO DISMISS, which was presented to the Court on June 13, 2008.

Dated:  August 26, 2008         SONNENSCHEIN NATH & ROSENTHAL
                                CHRISTOPHER E. PRINCE
                                MANUEL ALVAREZ JR.


                                By: __/s/ Manuel Alvarez Jr._____
                                    Manuel Alvarez Jr.
                                    Attorneys for Defendant
                                    HSBC CONSUMER LENDING USA

Dated:  August 26, 2008         SIMMONDS & NARITA LLP
                                TOMIO B. NARITA
                                JEFFREY A. TOPOR
                                ROBIN M. BOWEN


                                By: __/s/ Jeffrey A. Topor_____
                                    Jeffrey A. Topor
                                    Attorneys for Defendant
                                    ASSET ACCEPTANCE, LLC